FILED
CLERK, U.S. DISTRICT COURT
4/7/2022
CENTRAL DISTRICT OF CALIFORNIA
BY: jb DEPUTY

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　　Plaintiff,<br><br>　　　　v.<br><br>RICHARD GUSTAVE OLSON,<br><br>　　　　　Defendant. | No. CR 2:22-cr-00104-PA-1<br><br>CONSENT TO TRANSFER OF CASE FOR PLEA AND SENTENCE PURSUANT TO FEDERAL RULE OF CRIMINAL PROCEDURE 20 |

I, Richard Gustave Olson, have consented to the filing of an information in the above-designated case. I wish to plead guilty to the offenses charged, to waive trial in the Central District of California, and to dispose of the case in the District of Columbia in which I am present.

Dated: 6 APR 2022

_____
Richard Gustave Olson

Witness: _____
J. Michael Hannon, Esq.

**Approved**

_____
Tracy L. Wilkison
Interim United States Attorney
for the Central District of
California

_____
Matthew M. Graves
United States Attorney for the
District of Columbia